IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>  v.<br><br>SHUH AHN CHEE, et al.,<br><br>    Defendants<br>_____/ | No. CR 06-0594 MMC<br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45** |

    On October 15, 2007, defendant Shun Ahn Chee electronically filed a motion for supplemental discovery.  Also, on October 15, 2007, defendant Myint M. Lwin filed a motion to compel discovery.  Both defendants have violated General Order 45, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VI.G.

    Defendants are hereby ORDERED to comply with General Order 45 by immediately submitting a chambers copy of the above-referenced documents.  Defendant are hereby advised that if they fail in the future to comply with the General Order to provide a chambers copy of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of

1 | which a chambers copy has not been timely provided to the Court.

2 | **IT IS SO ORDERED.**

3 |

4 | Dated: October 23, 2007                                     _____
                                                                MAXINE M. CHESNEY
5 |                                                              United States District Judge

6 |

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |