ALEX R. KESSEL (CA State Bar No. 110715)
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile:  (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
SHUN AHN CHEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHUN AHN CHEE, et al.<br><br>　　　　　Defendant. | CASE NO.: CR 06-00594 MMC<br><br>[PROPOSED] ORDER  APPROVING STIPULATION FOR MODIFICATION OF BAIL CONDITIONS AND FOR REMOVAL OF ELECTRONIC MONITORING CONDITION |

　　　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the pretrial release conditions for Defendant Shun Ahn Chee are hereby  modified by removing the electronic monitoring condition. All other terms and  conditions of defendants pretrial release remain in full force and effect.

Dated: April 7, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1