**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408

Attorney for Defendant,
**SHUN AHN CHEE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,   )<br>  )<br>     v.   )<br>  )<br>SHUN AHN CHEE   )<br>  )<br>            Defendant.   )<br>_____ ) | CASE NO.: CR 06-00594 MMC<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date:   July 16, 2008<br>Time:  2:30 p.m.<br>Place:  Courtroom of Hon. Maxine M. Chesney, U.S. District Court Judge |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT** the sentencing date for defendant Shun Ahn Chee be continued from ~~June~~ July 16, 2008 at 2:30 p.m. until October 22, 2008 at 2:30 p.m. in order to allow for preparation of a presentence report and submission by the parties.

United States Probation Ben Flores has advised the parties that this continuance is required and agrees to the date and time.

DATED: July 15, 2008

s/ Alex R. Kessel                                             s/ Robin Harris

**SO ORDERED**

*[signature: Maxine M. Chesney]*                  Dated: July  15 , 2008

Hon. Maxine M. Chesney, US District Court Judge

1