**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408

Attorney for Defendant,
**SHUN AHN CHEE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHUN AHN CHEE, et al. )<br>)<br>Defendant. )<br>_____ ) | CASE NO.: CR 06-00594 MMC<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date:   October 21, 2008<br>Time:   10:00 a.m.<br>Place:  Courtroom of Hon. Maxine M. Chesney, U.S. District Court Judge |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT** the sentencing date for defendants Shun Ahn Chee and Myint Lwin be continued from October 21, 2008 at 10:00 a.m. until November 12, 2008 at 2:00 p.m. in order to allow defense counsel for Defendant Chee time to prepare his sentencing memorandum. Counsel will be engaged in trial in the Los Angeles County Superior Court and requires additional time to respond to the government's sentencing memorandum. Government counsel wants both defendants sentenced together thus the need to continue defendant Lwin sentencing along with defendant Chee.

United States Probation Officer Ben Flores has advised the parties that this continuance is required and agrees to the date and time.

///

///

1 | DATED: October 16, 2008

2 | s/ Alex R. Kessel                    s/ Robin Harris

3 | s/ Stephen Shaiken

4 | s/ Ronald Hedding

7 | **SO ORDERED**, with the exception that the sentencing hearing will be conducted on November 12, 2008 at 2:30 p.m., not 2:00 p.m.

9 | _Maxine M. Chesney_                    Dated:

10 | Hon. Maxine M. Chesney, US District Court Judge        October _17_, 2008

2